NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JIMMI TYLER REBISH,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

2014-3087

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0362-I-1.

## ON MOTION

## O R D E R

Jimmi Tyler Rebish moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                   REBISH v. INTERIOR

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s24